*115*



United States District Court
Southern District of Texas
FILED

DEC 1 4 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. **M - 21 - 2461** |
| | § | |
| DANIEL GALLEGOS | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about March 12, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL GALLEGOS**

did knowingly sell 1,000 rounds of 7.62x39mm caliber ammunition, 180 rounds of .50 caliber ammunition, and 1,000 rounds of .223 caliber ammunition to a prohibited person, knowing and having reasonable cause to believe that said person was then an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(d)(5)(A) and 924(a)(2).

### Count Two

On or about March 20, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL GALLEGOS**

did knowingly sell 1,000 rounds of 7.62x39mm caliber ammunition, 580 rounds of .308 Winchester caliber ammunition, and 30 rounds of .50 BMG caliber ammunition to a prohibited

person, knowing and having reasonable cause to believe that said person was then an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(d)(5)(A) and 924(a)(2).

## Count Three

On or about April 9, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DANIEL GALLEGOS

did knowingly sell 900 rounds of 7.62x39mm caliber ammunition and 880 rounds of .308 Winchester caliber ammunition to a prohibited person, knowing and having reasonable cause to believe that said person was then an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(d)(5)(A) and 924(a)(2).

## Count Four

On or about April 21, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DANIEL GALLEGOS

did knowingly sell 50 rounds of .50 BMG caliber ammunition to a prohibited person, knowing and having reasonable cause to believe that said person was then an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(d)(5)(A) and 924(a)(2).

## Count Five

On or about May 27, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### DANIEL GALLEGOS

did knowingly sell 100 rounds of .50 caliber ammunition to a prohibited person, knowing and having reasonable cause to believe that said person was then an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(d)(5)(A) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY